**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

2009 DEC 10 PM 1:44

DAMEION TIMIAH SPEARS,      )
                            )
              Petitioner,   )
                            )
     vs.                    )      CIVIL ACTION NO.: CV609-012
                            )
FRED BURNETTE, Warden,      )
                            )
              Respondent.   )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **granted**. The petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**, without prejudice, due to Petitioner's failure to exhaust his state remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10th day of December, 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA